AO 442 (Rev. 01/09) Arrest Warrant

10256519

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  1:17-MJ-49 |
| | ) | |
| MICHAEL L. THOMAS | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MICHAEL L. THOMAS

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

THE DEFENDANT FAILED TO APPEAR IN COURT ON 2/06/2017 AT 10:00 A.M.

SEE ATTACHED CRIMINAL INFORMATION.

Date:  2/7/17

/s/
Michael S. Nachmanoff
United States Magistrate Judge

*Issuing officer's signature*

City and state:   Alexandria, VA

United Stated Magistrate Judge Michael S. Nachmanoff
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* at *(city and state)* | , and the person was arrested on *(date)* |
| Date: | *Arresting officer's signature* |
| | *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)